IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 17-13036-KHK |
| PHILIP JAY FETNER, ) | Chapter 11 |
| ) | |
| Debtor-In-Possession. ) | |
| ) | |

## DECLARATION OF CONNECTIONS
## PURSUANT TO LBR 2014-1

Proposed counsel, John T. Donelan, hereby declares the following connections with the Debtor, creditors, other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee:

1. with the Debtor: None;

2. with creditors: None;

3. with other parties in interest: None;

4. with their respective attorneys and accountants: None; and

5. with the U.S. Trustee or any person employed in the office of the U.S. Trustee: None.

      October 11, 2017                      /s/ John T. Donelan
            DATE                                JOHN T. DONELAN, ESQUIRE

John T. Donelan, Esquire
Virginia State Bar No. 18049
125 South Royal Street
Alexandria, Virginia 22314
(703) 684-7555
donelanlaw@gmail.com
*Counsel for Philip Jay Fetner*

LAW OFFICE OF JOHN T. DONELAN

   /s/ John T. Donelan_____
JOHN T. DONELAN, ESQUIRE
Virginia State Bar No. 18049
125 South Royal Street
Alexandria, Virginia 22314
Tel:  703-684-7555
Fax:  703-684-0981
*Counsel for Philip Jay Fetner*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of October, 2017 a true copy of the foregoing Declaration of Connections Pursuant to LBR 2014-1 was sent first class mail, postage prepaid, to all creditors and parties in interest in this case, as set forth below on the mailing matrix.

| | | |
|---|---|---|
| Brock & Scott<br>484 Viking Drive, Suite 203<br>Virginia Beach, VA 23452-0000 | Internal Revenue Service<br>P.O. Box 8208<br>Philadelphia, PA 19101-8208 | Morrison, Ross and Whelan<br>31 Garrett Street<br>Warrenton, VA 20186-0000 |
| FIA Credit Card<br>P.O. Box 15019<br>Wilmington, DE 19886-5019 | Hotel Street Capital, L.L.C.<br>c/o Grayson Love & Company<br>31 Garrett Street<br>Warrenton, VA 20186-0000 | Rose Marie Bogley, et al<br>c/o Lowry J. Miller, Esquire<br>10400 Eaton Place, Suite 312<br>Fairfax, VA 22030-0000 |
| Shellpoint Mortgage Servicing<br>P.O. Box 619063<br>Dallas, TX 75261-9063 | Stephen S. Roszel, VII et al<br>c/o Robin C. Gulick<br>70 Main Street, Suite 52<br>Warrenton, VA 20188-0000 | Thomas J. Ross, II, Trustee<br>31 Garrett Street<br>Warrenton, VA 20186-0000 |
| Judy A. Robbins, U.S. Trustee<br>Office of the United States Trustee<br>115 S. Union Street, Suite 210<br>Alexandria, VA 22314 | Jack I. Frankel, Esquire<br>Office of the United States Trustee<br>115 S. Union Street, Suite 210<br>Alexandria, VA 22314 | Robert M. Marino, Esquire<br>Redmon Peyton & Braswell, LLP<br>510 King St., Suite 301<br>Alexandria, VA 22314-3143 |
| HOPS International, Inc.<br>15105 NW 77th Avenue<br>Miami Lakes, FL 33014 | Mary Forte Goodman<br>8080 Enon Church Road<br>The Plains, VA 20198 | PJF Limited Partnership<br>7476 Stoney Hill Lane<br>The Plains, VA 20198 |

                                                      \_\_\_/s/ John T. Donelan_____
                                                      JOHN T. DONELAN