**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |
|---|---|
| In re: ) | |
| **Philip Jay Fetner,** ) | **Case No. 17-13036-KHK** |
| Debtor. ) | **Chapter 11** |
| ) | |

**ORDER CONTINUING HEARING ON DISCLOSURE STATEMENT
AND SETTING BRIEFING SCHEDULE ON JURISDICTIONAL ISSUE**

THIS MATTER came on for hearing before the Court on September 25, 2018, to consider the adequacy of the information contained in the proposed *Disclosure Statement* (the "Disclosure Statement") (Docket No. 114) filed by Hotel Street Capital, LLC ("HSC") in connection with its proposed *Plan of Liquidation* (the "Plan") (Docket No. 113); and upon the *Objection* (Docket No. 131) filed by the United States of America, acting as a creditor herein through the Internal Revenue Service (the "IRS"), and the *Objection* (Docket No. 132) filed by Philip Jay Fetner ("Debtor"), the debtor and debtor in possession herein; and it

APPEARING TO THE COURT that the IRS has raised certain informational deficiencies which HSC will attempt to address through amendments to the *Disclosure Statement*; that Debtor has asserted that the real estate that is the subject of the *Plan* is not property of the bankruptcy estate (the "Property of the Estate Issue"); that the Debtor and HSC appear to dispute whether the Property of the Estate Issue should be resolved in the context of a formal adversary proceeding or in a contested matter; and that the Court has requested that the Debtor and HSC file briefs with respect to the procedural dispute surrounding the Property of the Estate Issue; it is therefore

ORDERED that the hearing on the *Disclosure Statement* is continued for status to November 13, 2018 at 11:00 a.m.; and it is

FURTHER ORDERED that the HSC shall file a brief on whether the Property of the Estate Issue should be determined by an adversary proceeding or a contested matter in accordance with the following schedule:

Robert M. Marino, Esq.  VSB #26076
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
703-684-2000
703-684-5109 (fax)
rmmarino@rpb-law.com
Counsel for Hotel Street Capital, LLC

1. HSC's brief shall be filed by October 31, 2018;

2. Debtor's responsive brief shall be filed by November 9, 2018; and

3. Oral argument on the briefs shall be heard on November 13, 2018 at 11:00 a.m.

Dated: Oct 19 2018

/s/ Klinette Kindred
The Honorable Klinette H. Kindred
United States Bankruptcy Judge

Entered on Docket: October 19, 2018

I ask for this:

/s/ Robert M. Marino
Robert M. Marino, Esq.  VSB #26076
REDMON, PEYTON & BRASWELL, LLP
510 King Street, Suite 301
Alexandria, VA 22314
Phone: 703-684-2000
Fax: 703-684-5109
Email: rmmarino@rpb-law.com
*Counsel for Hotel Street Capital, LLC*

Seen:

/s/ John T. Donelan
John T. Donelan, Esq. VSB #18049
Counsel for Debtor
125 South Royal Street
Alexandria, VA 22314
Email: donelanlaw@gmail.com
Counsel for Philip Jay Fetner


/s/ Robert K. Coulter
Robert K. Coulter, Esq. VSB # 42512
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3745
Counsel for the United States of America

### LOCAL RULE 9022-1(C)(2) CERTIFICATION

In accordance with Local Rule 9022-1(C)(2), I certify that the foregoing proposed order has been endorsed by or served on all necessary parties.

/s/ Robert M. Marino
Robert M. Marino, Esq.

-3-

Copies to:

Robert M. Marino, Esq.
Redmon Payton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314

John T. Donelan, Esq.
125 South Royal Street
Alexandria, Virginia 22314

Robert K. Coulter
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314

Jack I. Frankel, Esq.
Office of the United States Trustee
115 South Union Street, Suite 210
Alexandria, VA 22314